# EXHIBIT A

| | |
|---|---|
| **From:** | Dan Edward <dedward@radshield.com> |
| **Sent:** | Monday, November 18, 2019 11:49 AM |
| **To:** | Maysoon Hasan; Syed R. Maswood |
| **Subject:** | Invoice for Tech Flow |
| **Attachments:** | RST PO 46000 NATS.xls |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Maysoon,

Please find the attached invoice for the Tech Flow order.  Please let me know if you have any questions.


Dan Edward |  Director of Sales &amp; Business Development | RST Radiation Shield Technologies, Inc.
866 7 Demron (866-733-6766) ext 110 | Skype: DEdwardRST |
dedward@radshield.com<mailto:dedward@radshield.com>
Direct Line: 305.774.6075
Cell: 786.519.6167
I find the harder I work the more luck I seem to have.-Thomas Jefferson

**RST**
**Radiation Shield Technologies**

PO Box 14-4254
Coral Gables, FL    33114
**Attn:Dan Edward**
Phone: 866-7DEMRON
Fax: 866-5DEMRON
E-mail:dedward@radshield.com

| **Invoice** | | | **PO# - 26000** | **Date 11/15/19** | |
|---|---|---|---|---|---|
| Contact Name: | | Maysoon Hasan | | | |
| Company/Unit: | | NATS Inc<br>511 Centerpoint Dr | **Quote is valid for 30 days** | | |
| Shipping Address: | | | | | |
| City: | | Middletown CT 06457 | | Zip: 11323 | |
| Office Phone: | | 860.635.6820 | E-mail: Maysoon.Hasan@nats-usa.com | | |
| **Product Number** | **Size** | **Description** | **Price** | **Quantity** | **Total** |
| DEMICE | TBD | ICE CBRN Suit | $699.00 | 1500 | $ 1,048,500.00 |
| | | 10% Field Test Discount | | | $ (104,850.00) |
| DEMICE | S | **ICE CBRN Suit** | | 300 | |
| DEMICE | M | ICE CBRN Suit | | 750 | $ - |
| DEMICE | L | **ICE CBRN Suit** | | 300 | $ - |
| DEMICE | XL | ICE CBRN Suit | | 150 | $ - |
| **PRODUCTS SOLD MAY NOT BE RESOLD, DIVERTED, TRANSFERRED, TRANSSHIPPED, OR OTHERWISE DISPOSED OF INTO A COUNTRY OTHER THAN THAT OF ITS ORIGINAL STATED DESTINATION FOR WHICH LICENSES ARE OBTAINED, EITHER IN THEIR ORIGINAL FORM OR AFTER BEING INCORPORATED THROUGH AN INTERMEDIATE PROCESS INTO OTHER END ITEMS, WITHOUT THE PRIOR WRITTEN APPROVAL OF THE U.S. DEPT OF STATE."** | | | | **Sub Total** | $ 943,650.00 |
| | | | | Export Tariffs | |
| | | | | Shipping | TBD |
| | | | | Miscellaneous Fees | |
| | | | | **Total** | $ 943,650.00 |
| **Lead time is 120 days from receipt of funds and proof of export license and any other required documentation**. | | | | | |
| **Terms and Conditions: 50% payment is due upon placement of order, balance is due prior to shipping.**<br>Shipping costs are additional and are Customer's responsibility.<br>Returns accepted only in the event of defective product and will be replaced<br>Warranty (shelf life): 1 year assembly, workmanship, and Demron™ fabric.<br>No warranty after use.<br>Where applicable, export tariffs, customs duties, and other fees are Customer's responsibility. | | | | | |