# EXHIBIT B

| | |
|---|---|
| **From:** | Maysoon Hasan <Maysoon.Hasan@nats-usa.com> |
| **Sent:** | Wednesday, November 20, 2019 2:15 PM |
| **To:** | Dan Edward; Syed R. Maswood |
| **Cc:** | Naji Al Fanjary (naji@healthphysics.com.sa) |
| **Subject:** | NATS PO # 909103 for 1500 pcs/ Tech Flow |
| **Attachments:** | Tech Flow-SA-909103-PO.pdf |
| **Importance:** | High |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Dan,

Attached is NATS PO # SA-909103 regarding the 1500 suits for Tech Flow/Saudi Arabia

Look forward to receiving your invoice and the acknowledgment.


Yours Sincerely,

Maysoon R. Hasan

Area Manager

NATS, Incorporated

511 Centerpoint Drive

Middletown, CT 06457

U.S.A.

www.nats-usa.9090103com

☏ **office:** +1-860-635-6820 Ext.111

**fax:** +1-860-635-4962

e-mail: maysoon.hasan@nats-usa.com

1

 

**Innovative Solutions in Radiation Detection & Analysis**
**Your Single Stop for All Radiation Detection Solution**

**From:** Dan Edward
**Sent:** Monday, November 18, 2019 11:49 AM
**To:** Maysoon Hasan ; Syed R. Maswood
**Subject:** Invoice for Tech Flow

Hi Maysoon,

Please find the attached invoice for the Tech Flow order. Please let me know if you have any questions.


**Dan Edward | Director of Sales & Business Development | RST Radiation Shield Technologies, Inc.**
**866 7 Demron (866-733-6766) ext 110 | Skype: DEdwardRST |** [dedward@radshield.com](mailto:dedward@radshield.com)
**Direct Line:** 305.774.6075
**Cell:** 786.519.6167
I find the harder I work the more luck I seem to have.-Thomas Jefferson

**RST**
Radiation Shield Technologies

2



# Purchase Order

| Date | P.O. No. |
|---|---|
| 11/14/2019 | SA-909103 |

| Vendor | Ship To |
|---|---|
| RST Radiation Shield Technologies, Inc<br>PO Box 14-4254. Coral Gables, FL 33114<br>Demron (866-733-6766) ext. 110<br>Attn: Dan Edward | Tech Flow Company for Trading<br>Prince Nasir bin Farhan bin Saud Street<br>Building #4140 Unit #1<br>Sahafa- Riyadh 13321 Saudi Arabia<br>Phone #+966.594.5566.59Attn: Salman Jamal |

| Project Number | Terms | Account # | Required Shi... | Ship Via | Power |
|---|---|---|---|---|---|
| SA-19-1111-MH1 | See Below | | 2/14/2020 | 3rd Prty Pickup | |

| Item | MFG P/N | Qty | Description | Rate | Amount |
|---|---|---|---|---|---|
| RST-CBRN-Sui... | CBRN Suit-S | 300 | DEMICE ICE CBRN Suit-Size S | 629.10 | 188,730.00 |
| RST-CBRN-Sui... | CBRN Suit. Size S | 750 | DEMICE ICE CBRN Suit-Size M | 629.10 | 471,825.00 |
| RST-CBRN-Sui... | CBRN-Suit-S | 300 | DEMICE ICE CBRN Suit-Size L | 629.10 | 188,730.00 |
| RST-CBRN-Sui... | CBRN-Suit-XL | 150 | DEMICE ICE CBRN Suit-Size XL | 629.10 | 94,365.00 |
| FRT | | | Shipping & Handling via the customer Forwarder<br>Sub-total, EXWORKS | 0.00 | 0.00<br>943,650.00 |
| PAYMENT TE... | PAYMENT TERMS | | Payment Terms as follows:<br><br>25% Down-payment after collecting the invoice and acknowledgment<br>75% Net 30 days balance<br><br>Delivery within 3 months liable to 10% penalty for delay | 0.00 | 0.00 |

**Total** $943,650.00

511 Centerpoint Drive, Middletown, CT 06457    nats-usa.com   -   1-860-635-6820