# EXHIBIT F

| | |
|---|---|
| **From:** | Maysoon Hasan |
| **Sent:** | Monday, December 9, 2019 12:27 PM |
| **To:** | Dan Edward |
| **Cc:** | Naji Al-Fanjery; Syed R. Maswood; Dr. Awatef Gacem |
| **Subject:** | RE: Rev B of NATS PO # 909103 for 1500 pcs/ Tech Flow- NDA basis - pls clarify NDA |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello Dan:

The NDA and Distributer agreement totaling in excess of 30 pages were demanded by your side not us. We had sent both documents that included many issues including commitments on disclosing confidential company information, take on warranty, liability Insurance of $1000,000 etc. We already stated that Legal counsel advised us not to sign the Distributer agreement without major amendments.

The NDA was more or less acceptable. But we still seek clarification on what is meant by Para 3 of Page which is the need for performing some " Ballistic Resistant personal Body Armor…test".

We do not understand why this is the basis of the NDA based on which a lot of other information is being demanded. We have no need for such test.

Please explain.

Ed returned to the office today and he is still reviewing the Counsels notes. He will get back to you. If you have word version of the documents, please send unsigned.


Yours Sincerely,

*Maysoon R. Hasan*

Area Manager

NATS, Incorporated

511 Centerpoint Drive

Middletown, CT 06457

1

U.S.A.

www.nats-usa.com

☎ **office:** +1-860-635-6820 Ext.111

**fax:** +1-860-635-4962

e-mail: maysoon.hasan@nats-usa.com

 

*Innovative Solutions in Radiation Detection & Analysis*
*Your Single Stop for All Radiation Detection Solution*

---

**From:** Dan Edward <dedward@radshield.com>
**Sent:** Sunday, December 8, 2019 10:47 AM
**To:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>
**Cc:** Naji Al-Fanjery <naji@techflow.com.sa>; Syed R. Maswood <SMaswood@nats-usa.com>; Dr. Awatef Gacem <agacem@nats-usa.com>
**Subject:** Re: Rev B of NATS PO # 909103 for 1500 pcs/ Tech Flow

Will you send me the signed NDA Monday?

Dan Edward
Director of Sales and Business Development
866.733.6766 ext 110
Direct Line 305.774.6075
Cell 786.519.6167

---

**From:** Dan Edward <dedward@radshield.com>
**Sent:** Saturday, December 7, 2019 9:54:45 PM
**To:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>
**Cc:** Naji Al-Fanjery <naji@techflow.com.sa>; Syed R. Maswood <SMaswood@nats-usa.com>; Dr. Awatef Gacem <agacem@nats-usa.com>
**Subject:** Re: Rev B of NATS PO # 909103 for 1500 pcs/ Tech Flow

That's fine. The NDA is what I need and your legal can let us know the changes you would like.

Dan Edward
Director of Sales and Business Development
866.733.6766 ext 110
Direct Line 305.774.6075
Cell 786.519.6167

---

**From:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>
**Sent:** Friday, December 6, 2019 3:50:52 PM
**To:** Dan Edward <dedward@radshield.com>
**Cc:** Naji Al-Fanjery <naji@techflow.com.sa>; Syed R. Maswood <SMaswood@nats-usa.com>; Dr. Awatef Gacem <agacem@nats-usa.com>
**Subject:** Re: Rev B of NATS PO # 909103 for 1500 pcs/ Tech Flow

Dear Dan,

We only will sign the NDA. Our Legal Counsel and Management refused the Distributor Agreement in its current form. We can redline the parts we object to on Monday.

Ed out of office today....

Maysoon Hasan
NATS Inc.
(Quick message from phone device)

---

**From:** Dan Edward <dedward@radshield.com>
**Sent:** Friday, December 6, 2019 1:14:04 PM
**To:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>
**Cc:** Naji Al-Fanjery <naji@techflow.com.sa>; Syed R. Maswood <SMaswood@nats-usa.com>
**Subject:** Re: Rev B of NATS PO # 909103 for 1500 pcs/ Tech Flow

Hi All,

I spoke to Naji, we can worry about the DA and any changes NATS wants to make at a later date. What I really need is the NDA (confidentiality agreement) and I can move forward.

**Dan Edward | Director of Sales & Business Development | RST Radiation Shield Technologies, Inc.**
**866 7 Demron (866-733-6766) ext 110 | Skype: DEdwardRST |** dedward@radshield.com
**Direct Line: 305.774.6075**
**Cell: 786.519.6167**
I find the harder I work the more luck I seem to have.-Thomas Jefferson



---

**From:** Dan Edward <dedward@radshield.com>
**Date:** Tuesday, December 3, 2019 at 2:14 PM
**To:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>
**Cc:** Naji Osman <naji@techflow.com.sa>, "S. Maswood" <SMaswood@nats-usa.com>
**Subject:** Re: Rev B of NATS PO # 909103 for 1500 pcs/ Tech Flow

Here is our NDA and DA, soon as I receive it back I'll issue the invoice!



**Dan Edward | Director of Sales & Business Development | RST Radiation Shield Technologies, Inc.**
**866 7 Demron (866-733-6766) ext 110 | Skype: DEdwardRST |** dedward@radshield.com
**Direct Line: 305.774.6075**

Cell: 786.519.6167
I find the harder I work the more luck I seem to have.-Thomas Jefferson



---

**From:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>
**Date:** Wednesday, November 27, 2019 at 2:46 PM
**To:** Dan Edward <dedward@radshield.com>
**Cc:** Naji Osman <naji@techflow.com.sa>, "S. Maswood" <SMaswood@nats-usa.com>
**Subject:** RE: Rev B of NATS PO # 909103 for 1500 pcs/ Tech Flow

NATS

Yours Sincerely,

*Maysoon R. Hasan*
Area Manager
NATS, Incorporated
511 Centerpoint Drive
Middletown, CT 06457
U.S.A.
www.nats-usa.com
☎ **office:** +1-860-635-6820 Ext.111
**fax:** +1-860-635-4962
e-mail: maysoon.hasan@nats-usa.com

 

Innovative Solutions in Radiation Detection & Analysis
Your Single Stop for All Radiation Detection Solution

---

**From:** Dan Edward <dedward@radshield.com>
**Sent:** Wednesday, November 27, 2019 2:39 PM
**To:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>
**Cc:** Naji Al-Fanjery <naji@techflow.com.sa>; Syed R. Maswood <SMaswood@nats-usa.com>
**Subject:** Re: Rev B of NATS PO # 909103 for 1500 pcs/ Tech Flow

I will do! We need an NDA in place with NATS and Tech Flow. Who will be the person signing for each company and their title?


**Dan Edward | Director of Sales & Business Development | RST Radiation Shield Technologies, Inc.**
**866 7 Demron (866-733-6766) ext 110 | Skype: DEdwardRST | dedward@radshield.com**
**Direct Line: 305.774.6075**

**Cell:** 786.519.6167
I find the harder I work the more luck I seem to have.-Thomas Jefferson



---

**From:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>
**Date:** Wednesday, November 27, 2019 at 2:35 PM
**To:** Dan Edward <dedward@radshield.com>
**Cc:** Naji Osman <naji@techflow.com.sa>, "S. Maswood" <SMaswood@nats-usa.com>
**Subject:** Rev B of NATS PO # 909103 for 1500 pcs/ Tech Flow

Dear Dan,

Apologize, it is a typo.

Pursue to your agreement below, I attached Rev B of NATS PO # SA-909103. please send us your company invoice to remit payment.
Naji has agreed to extend the delivery to 4 months. Please expedite the order


Yours Sincerely,
*Maysoon R. Hasan*
Area Manager
NATS, Incorporated
511 Centerpoint Drive
Middletown, CT 06457
U.S.A.
www.nats-usa.com
☎ **office:** +1-860-635-6820 Ext.111
**fax:** +1-860-635-4962
e-mail: maysoon.hasan@nats-usa.com

 

**Innovative Solutions in Radiation Detection & Analysis
Your Single Stop for All Radiation Detection Solution**

---

**From:** Dan Edward <dedward@radshield.com>
**Sent:** Wednesday, November 27, 2019 2:29 PM
**To:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>
**Cc:** Naji Al-Fanjery <naji@techflow.com.sa>; Syed R. Maswood <SMaswood@nats-usa.com>
**Subject:** Re: NATS PO # 909103 for 1500 pcs/ Tech Flow

65% net 30 is 35% deposit. Your PO shows 23%

5

Dan Edward | Director of Sales & Business Development | RST Radiation Shield Technologies, Inc.
866 7 Demron (866-733-6766) ext 110 | Skype: DEdwardRST | dedward@radshield.com
Direct Line: 305.774.6075
Cell: 786.519.6167
I find the harder I work the more luck I seem to have.-Thomas Jefferson



---

**From:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>
**Date:** Wednesday, November 27, 2019 at 2:16 PM
**To:** Dan Edward <dedward@radshield.com>
**Cc:** Naji Osman <naji@techflow.com.sa>, "S. Maswood" <SMaswood@nats-usa.com>
**Subject:** RE: NATS PO # 909103 for 1500 pcs/ Tech Flow

Dear Dan,

Pursue to your agreement below, I attached Rev A of NATS PO # SA-909103. please send us your company invoice to remit payment.
Naji has agreed to extend the delivery to 4 months. Please expedite the order


Yours Sincerely,
*Maysoon R. Hasan*
Area Manager
NATS, Incorporated
511 Centerpoint Drive
Middletown, CT 06457
U.S.A.
www.nats-usa.com
☎ **office:** +1-860-635-6820 Ext.111
**fax:** +1-860-635-4962
e-mail: maysoon.hasan@nats-usa.com




**Innovative Solutions in Radiation Detection & Analysis**
**Your Single Stop for All Radiation Detection Solution**

---

**From:** Dan Edward <dedward@radshield.com>
**Sent:** Monday, November 25, 2019 12:18 PM
**To:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>
**Subject:** Re: NATS PO # 909103 for 1500 pcs/ Tech Flow

See below, see if you can get this done today.

**Dan Edward | Director of Sales & Business Development | RST Radiation Shield Technologies, Inc.**
**866 7 Demron (866-733-6766) ext 110 | Skype: DEdwardRST |** dedward@radshield.com
**Direct Line: 305.774.6075**
**Cell: 786.519.6167**
I find the harder I work the more luck I seem to have.-Thomas Jefferson



---

**From:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>
**Date:** Thursday, November 21, 2019 at 7:12 PM
**To:** Dan Edward <dedward@radshield.com>
**Subject:** RE: NATS PO # 909103 for 1500 pcs/ Tech Flow

Convince the CEO with 65% NET 30. And I will to convince the two parties to delete the penalty from our PO.

Yours Sincerely,
*Maysoon R. Hasan*
Area Manager
NATS, Incorporated
511 Centerpoint Drive
Middletown, CT 06457
U.S.A.
www.nats-usa.com
☎ **office:** +1-860-635-6820 Ext.111
**fax:** +1-860-635-4962
e-mail: maysoon.hasan@nats-usa.com




**Innovative Solutions in Radiation Detection & Analysis**
**Your Single Stop for All Radiation Detection Solution**

---

**From:** Dan Edward <dedward@radshield.com>
**Sent:** Thursday, November 21, 2019 4:39 PM
**To:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>
**Subject:** Re: NATS PO # 909103 for 1500 pcs/ Tech Flow

I told Dr Jazi at Tech Flow if he could make 35% deposit and 35% at time of shipping I would do everything I could to convince my CEO to allow the remaining 30% to be net 30.

First and most importantly this will take the 120 days from the date we receive the deposit. So even if somehow we do agree to a financial payment Tech Flow must get an extension. We won't be subject to a penalty because the lead time started before the distributor came to terms with the manufacturer. Someone really messed up there.

Dan Edward
Director of Sales and Business Development
866.733.6766 ext 110
Direct Line 305.774.6075
Cell 786.519.6167

---

**From:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>
**Sent:** Thursday, November 21, 2019 4:18:06 PM
**To:** Dan Edward <dedward@radshield.com>
**Subject:** RE: NATS PO # 909103 for 1500 pcs/ Tech Flow

Dear Dan,

Honestly, how much you need to secure the raw material for this order? If you do not want to answer, it is ok. it's your right.

I am just trying to find out how we can all done the job, without pressure.

It is a big order, who has this cash in front? Do not make it impossible. Leave a window.


Yours Sincerely,

*Maysoon R. Hasan*

Area Manager
NATS, Incorporated
511 Centerpoint Drive
Middletown, CT 06457
U.S.A.
www.nats-usa.com
☎ **office:** +1-860-635-6820 Ext.111
**fax:** +1-860-635-4962
e-mail: maysoon.hasan@nats-usa.com




**Innovative Solutions in Radiation Detection & Analysis**
**Your Single Stop for All Radiation Detection Solution**

---

**From:** Dan Edward <dedward@radshield.com>
**Sent:** Thursday, November 21, 2019 4:06 PM
**To:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>
**Subject:** Re: NATS PO # 909103 for 1500 pcs/ Tech Flow

Maysoon if it were up to me of course. Our board of directors and CEO met this am and the ONLY option made available was the 25% down and paid in full prior to shipping. Looking back my initial offer to Tech had such low margins that when they said the end user insisted on another 10% we agreed in hopes of the bigger 5000 suit orders to follow. Well with the trade wars between the US and China and tariffs our raw materials costs since the quote in January are up over 50%. It's not that we are even negotiating. I am being bluntly open that financially the terms being asked we would lose

money slow other pending orders and risk relationships with very good current customers. Also there was a BIG lack of understanding on both sides that I know now could have been avoided and will be in the future.

Dan Edward
Director of Sales and Business Development
866.733.6766 ext 110
Direct Line 305.774.6075
Cell 786.519.6167

---

**From:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>
**Sent:** Thursday, November 21, 2019 3:40:30 PM
**To:** Dan Edward <dedward@radshield.com>; Naji Osman <naji@techflow.com.sa>
**Cc:** Syed R. Maswood <SMaswood@nats-usa.com>
**Subject:** RE: NATS PO # 909103 for 1500 pcs/ Tech Flow

Dear Dan,

What if I convinced my director and Tech flow with 35% down Payment? Can you agree for a balance of 65% by LC?

Yours Sincerely,
*Maysoon R. Hasan*
Area Manager
NATS, Incorporated
511 Centerpoint Drive
Middletown, CT 06457
U.S.A.
www.nats-usa.com
☎ **office:** +1-860-635-6820 Ext.111
**fax:** +1-860-635-4962
**e-mail:** maysoon.hasan@nats-usa.com




Innovative Solutions in Radiation Detection & Analysis
Your Single Stop for All Radiation Detection Solution

---

**From:** Dan Edward <dedward@radshield.com>
**Sent:** Thursday, November 21, 2019 2:53 PM
**To:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>; Naji Osman <naji@techflow.com.sa>
**Cc:** Syed R. Maswood <SMaswood@nats-usa.com>
**Subject:** Re: NATS PO # 909103 for 1500 pcs/ Tech Flow

Hi Maysoon,

I truly appreciate your effort but the only way RST can accept this order is with 25% down and 75% prior to shipping. I hope in the future these things are discussed and agreed upon by both parties and not unilaterally.

**Dan Edward | Director of Sales & Business Development | RST Radiation Shield Technologies, Inc.**
**866 7 Demron (866-733-6766) ext 110 | Skype: DEdwardRST |** dedward@radshield.com
Direct Line: 305.774.6075
Cell: 786.519.6167
I find the harder I work the more luck I seem to have.-Thomas Jefferson



---

**From:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>
**Date:** Thursday, November 21, 2019 at 2:40 PM
**To:** Dan Edward <dedward@radshield.com>, Naji Osman <naji@techflow.com.sa>
**Cc:** "S. Maswood" <SMaswood@nats-usa.com>
**Subject:** RE: NATS PO # 909103 for 1500 pcs/ Tech Flow

Dear Dan,

To make this work done smoothly, and other businesses in future, we need to work together for the best. If payment is the only obstacles, let us work in this way.

Each one gives an offer of what he can. Then all will work to find a solution in between.
Let us starts with 25% or 35% in front as soon as possible so you can start purchasing the raw material.

If anyone has another solution to start, please let me know,


Yours Sincerely,
*Maysoon R. Hasan*
Area Manager
NATS, Incorporated
511 Centerpoint Drive
Middletown, CT 06457
U.S.A.
www.nats-usa.com
☏ **office:** +1-860-635-6820 Ext.111
**fax:** +1-860-635-4962
e-mail: maysoon.hasan@nats-usa.com




**Innovative Solutions in Radiation Detection & Analysis**
**Your Single Stop for All Radiation Detection Solution**

---

**From:** Dan Edward <dedward@radshield.com>
**Sent:** Thursday, November 21, 2019 2:10 PM

10

**To:** Naji Osman <naji@techflow.com.sa>
**Cc:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>; Syed R. Maswood <SMaswood@nats-usa.com>
**Subject:** Re: NATS PO # 909103 for 1500 pcs/ Tech Flow

Naji,

Then the order cannot be processed. My quote to you included our payment terms. We have a bank ready today to allow 25% deposit from you and 75% from our distributor at the time of shipping. I'm not sure who's mistake it was making these payment arrangements without consulting RST. Also the lead time is 4 months from the time RST receives the deposit. Any penalties incurred before the agreed 120 days on the original quote would not be absorbed by RST. My CEO Dr. DeMeo has asked I forward you Naji and your GM Jazi the proposal we have to hopefully save the order. I will forward the email now and hopefully we can still make this happen.

**Dan Edward | Director of Sales & Business Development | RST Radiation Shield Technologies, Inc.**
**866 7 Demron (866-733-6766) ext 110 | Skype: DEdwardRST | dedward@radshield.com**
**Direct Line: 305.774.6075**
**Cell: 786.519.6167**
I find the harder I work the more luck I seem to have.-Thomas Jefferson



**From:** Naji Osman <naji@techflow.com.sa>
**Date:** Thursday, November 21, 2019 at 1:25 PM
**To:** Dan Edward <dedward@radshield.com>
**Cc:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>, "S. Maswood" <SMaswood@nats-usa.com>
**Subject:** Re: NATS PO # 909103 for 1500 pcs/ Tech Flow

Dear Dan,

NATS already have our PO. It is not possible to go back to the LC choice now, LC process will take mor than one month from us to issue. Also our bank LC is not allowing advance payment and you will not got your money before one month at least after submitting shipping docs. So please do your best and help us all solving this issue.

Regards,

On Thu, 21 Nov 2019 at 1:16 PM Dan Edward <dedward@radshield.com> wrote:
> Hi Maysoon,
>
> That would be great news! It was made clear to me from my CEO and our directors again today that the balance must be paid in full prior to shipping. Our original invoice accepted by Tech Flow was with our standard payment terms of 50% down and 50% prior to shipping. I hope to hear from you maybe by 3pm, Ive got an appointment outside the office after that. If I have not heard back from you and I do need to consult with Jazi and Naji at Tech Flow regarding the contract offer on the table to accept the LC and make final payment prior to shipping I will be fully transparent and inform you I am doing so.
>
> **Dan Edward | Director of Sales & Business Development | RST Radiation Shield Technologies, Inc.**
> **866 7 Demron (866-733-6766) ext 110 | Skype: DEdwardRST | dedward@radshield.com**
> **Direct Line: 305.774.6075**

**Cell:** 786.519.6167
I find the harder I work the more luck I seem to have.-Thomas Jefferson



**From:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>
**Date:** Thursday, November 21, 2019 at 12:11 PM

**To:** Dan Edward <dedward@radshield.com>
**Cc:** Naji Osman <naji@techflow.com.sa>, "S. Maswood" <SMaswood@nats-usa.com>
**Subject:** RE: NATS PO # 909103 for 1500 pcs/ Tech Flow

Dear Dan,

I will work to solve this problem by today.


Yours Sincerely,
*Maysoon R. Hasan*
Area Manager
NATS, Incorporated
511 Centerpoint Drive
Middletown, CT 06457
U.S.A.
www.nats-usa.com
☎ **office:** +1-860-635-6820 Ext.111
**fax:** +1-860-635-4962
e-mail: maysoon.hasan@nats-usa.com

  

**Innovative Solutions in Radiation Detection & Analysis**
**Your Single Stop for All Radiation Detection Solution**

---

**From:** Dan Edward <dedward@radshield.com>
**Sent:** Thursday, November 21, 2019 10:44 AM
**To:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>
**Cc:** Naji Al-Fanjery <naji@techflow.com.sa>; Syed R. Maswood <SMaswood@nats-usa.com>
**Subject:** Re: NATS PO # 909103 for 1500 pcs/ Tech Flow

Hi Maysoon,

It will all be worked out shortly. Exactly about the payment terms, no one has the authority to dictate RST's payment terms. I believe it was a miscommunication and the payment terms were not discussed with RST and things sort of spiraled down from there. RST has our payments terms which we provide to our distributors. Unfortunately RST is not in a position to ship $750,000 of product net 30. NATS is unable to make the payment necessary of $750,000 prior to shipping. We do not have time unfortunately to spend discussing payments terms of other companies except RST's as each day that passes is very costly. If you can provide RST a PO by this afternoon with our payment terms of 25% deposit and 75% prior to shipping we are excited to work with you on this. Tech Flow (Jazi and Naji) will receive a PO today accepting their LC AND with the payment terms RST requires so we can start tomorrow. Im actually walking into our meeting for 1030am right now. I'll be out in about an hour if you would like to call and discuss.

**Dan Edward | Director of Sales & Business Development | RST Radiation Shield Technologies, Inc.**
**866 7 Demron (866-733-6766) ext 110 | Skype: DEdwardRST | dedward@radshield.com**
**Direct Line: 305.774.6075**

Cell: 786.519.6167
I find the harder I work the more luck I seem to have.-Thomas Jefferson



---

**From:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>
**Date:** Thursday, November 21, 2019 at 10:15 AM
**To:** Dan Edward <dedward@radshield.com>
**Cc:** Naji Osman <naji@techflow.com.sa>, "S. Maswood" <SMaswood@nats-usa.com>
**Subject:** RE: NATS PO # 909103 for 1500 pcs/ Tech Flow

Dear Dan:

I do not understand. Who is the other company who got the same PO from Civil Defense in Saudi Arabia? I am confused I have no authority to discuss this PO payment terms.

All I can confirm is that we work with companies like Ametek , Ludlums who have very tight financial controls but who all give us Net 30 terms. This is the First time we faced this problem with US Vendor.
I hope we can solve this soon and process PO which we are holding.


Yours Sincerely,

*Maysoon R. Hasan*
Area Manager
NATS, Incorporated
511 Centerpoint Drive
Middletown, CT 06457
U.S.A.
www.nats-usa.com
☎ **office:** +1-860-635-6820 Ext.111
**fax:** +1-860-635-4962
e-mail: maysoon.hasan@nats-usa.com




**Innovative Solutions in Radiation Detection & Analysis**
**Your Single Stop for All Radiation Detection Solution**

---

**From:** Dan Edward <dedward@radshield.com>
**Sent:** Wednesday, November 20, 2019 7:01 PM
**To:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>
**Subject:** Re: NATS PO # 909103 for 1500 pcs/ Tech Flow

Hi Maysoon,

Thank you for the quote. Unfortunately RST cannot accept your payment terms and will use another company for this order. I do hope we continue to receive RFQ's and know we will be working together more and more in 2020.

I promise on less significant orders we will do our best to work with NATS on payment terms. Even if we received 75% deposit and were net 30 for 25% on this order we couldn't do it.

I hope to hear from you soon on the next one!


Dan Edward
Director of Sales and Business Development
866.733.6766 ext 110
Direct Line 305.774.6075
Cell 786.519.6167

---

**From:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>
**Sent:** Wednesday, November 20, 2019 2:15:17 PM
**To:** Dan Edward <dedward@radshield.com>; Syed R. Maswood <SMaswood@nats-usa.com>
**Cc:** Naji Al Fanjary (naji@healthphysics.com.sa) <naji@healthphysics.com.sa>
**Subject:** NATS PO # 909103 for 1500 pcs/ Tech Flow


Dear Dan,


Attached is NATS PO # SA-909103 regarding the 1500 suits for Tech Flow/Saudi Arabia


Look forward to receiving your invoice and the acknowledgment.



Yours Sincerely,

*Maysoon R. Hasan*

Area Manager

NATS, Incorporated

511 Centerpoint Drive

Middletown, CT 06457

U.S.A.

www.nats-usa.9090103com

☎ **office:** +1-860-635-6820 Ext.111

**fax:** +1-860-635-4962

e-mail: maysoon.hasan@nats-usa.com




**From:** Dan Edward <dedward@radshield.com>
**Sent:** Monday, November 18, 2019 11:49 AM
**To:** Maysoon Hasan <Maysoon.Hasan@nats-usa.com>; Syed R. Maswood <SMaswood@nats-usa.com>
**Subject:** Invoice for Tech Flow

Hi Maysoon,

Please find the attached invoice for the Tech Flow order. Please let me know if you have any questions.

**Dan Edward | Director of Sales & Business Development | RST Radiation Shield Technologies, Inc.**
**866 7 Demron (866-733-6766) ext 110 | Skype: DEdwardRST | dedward@radshield.com**
**Direct Line: 305.774.6075**

**Cell: 786.519.6167**
I find the harder I work the more luck I seem to have.-Thomas Jefferson



--
Naji Osman,CBRNe, NDT
| Executive & Sales Manager | Tech Flow Co. |

|P.O.Box 286947 Riyadh 11323| Kingdom of Saudi Arabia |
|Tel :( +966) 11 487 9944 | F: (+966) 11 4533411| M: (+966)507929977 |