## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATS, INC. | : | |
|     Plaintiff, | : | No. 3:21-cv-00430-AWT |
| | : | |
| v. | : | |
| | : | |
| RADITION SHIELD TECHNOLOGIES, INC., | : | |
| RONALD DEMEO, AND DAN EDWARD. | : | |
|     Defendants. | : | MAY 19, 2022 |

## MOTION TO COMPEL AND FOR SANCTIONS

Pursuant to Fed R. Civ. P. 37 and this Court's inherent authority, plaintiff NATS, Inc. ("NATS") respectfully moves to compel and for sanctions against Defendants Radiation Shield Technologies, Inc. ("RST") and Ronald DeMeo ("DeMeo", together with RST, "Defendants") for their failure to respond to Plaintiff's Interrogatories and Requests for Production, served on July 23, 2021.  (*See* Exhibits A and B to the Declaration attached to NATS's supporting memorandum of law.)

As set forth more fully in the accompanying memorandum of law, which is incorporated herein by reference, NATS moves for an order:

(1)     directing the Defendants to fully respond, without objection, to NATS's Discovery Requests within seven days of the Court's order on this Motion;

(2)     prohibiting the Defendants from entering any evidence at any hearing or trial in this matter, including the summary trial ordered by the Court on August 30, 2021,  that has not been previously produced as of the date of this motion;

(3)     rendering a default judgment against Defendants;

(4)     directing Defendants or their counsel, as appropriate, to pay NATS's reasonable expenses, including attorneys' fees, incurred in pursuing this motion; and/or

(5) awarding NATS such further and additional relief at this Court determines to be just and appropriate.

PLAINTIFF,
NATS, INC.,

By: */s/ Glenn M. Cunningham*
　　Glenn M. Cunningham (ct09995)
　　Sarah N. Niemiroski (ct31281)
　　For Shipman & Goodwin LLP
　　One Constitution Plaza
　　Hartford, Connecticut 06103-1919
　　Tel: (860) 251-5000
　　Fax: (860) 251-5218
　　Email: gcunningham@goodwin.com
　　Its Attorneys