UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------- x
NATS, INC.,                     :
                                :
        Plaintiff,              :
                                :
v.                              :   Civil No. 3:21-cv-430(AWT)
                                :
RADIATION SHIELD TECHNOLOGIES,  :
INC., RONALD DEMEO, and DANIEL  :
EDWARD,                         :
                                :
        Defendants.             :
------------------------------- x
```

**ORDER RE MOTION TO COMPEL AND FOR SANCTIONS**

For the reasons set forth below, the plaintiff's Motion to Compel and for Sanctions (ECF No. 100) is hereby GRANTED in part as set forth below.

Defendants Radiation Shield Technologies, Inc. and Ronald Demeo (collectively, the "Defendants") argue that the motion to compel should be denied because the plaintiff has not included the requisite certificate of conferral. However, the record shows that the plaintiff attempted to resolve the issue of the Defendants' failure to comply with their discovery obligations, but the Defendants refused to meet and confer with the plaintiff. The declaration of counsel satisfies the requirements of the federal and local rules.

The Defendants represent in their opposition that they have responded to three out of the four discovery requests. However,

1

they do not rebut the representation from the plaintiff that "[t]he responses (and improper objections) were served only after NATS filed its Motion to Compel and for Sanctions at 5:11 PM on May 23, 2022, less than an hour before Defendants filed their opposition to this motion." Reply Supp. Mot. to Compel and for Sanctions (ECF No. 102) at 4.

In light of the foregoing, the motion to compel is being granted, and all objections in the defendants' discovery responses are deemed inoperative. See Oliphant v. Villano, No. 3:09CV862 JBA, 2010 WL 4909238, at *3 n.2 (D. Conn. Nov. 24, 2010) ("The failure to respond or object to a discovery request in a timely manner waives any objection that may have been available." (citing Land Ocean Logistics, Inc. v. Agua Gulf Corp., 181 F.R.D. 229, 236 (W.D.N.Y.1998)). The Defendants shall fully respond without objection to the plaintiff's discovery requests within fourteen days.

The Defendants or their counsel, as appropriate, shall pay the plaintiffs' reasonable attorneys' fees and costs incurred in pursuing the motion to compel. No further sanctions are imposed at this time, but the court will consider further sanctions if the Defendants do not comply with this order.

It is so ordered.

Signed this 17th day of August 2022 at Hartford, Connecticut.

```
              /s/ AWT
         Alvin W. Thompson
    United States District Judge
```

3