UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATS, Inc., | Case No. 3:21-CV-00430-AWT |
| *Plaintiff,* | |
| v. | |
| RADIATION SHIELD TECHNOLOGIES, INC. DANIEL EDWARD, AND RONALD DEMEO, | May 17, 2023 |
| *Defendant.* | |

## AMENDED MOTION TO COMPEL ARBITRATION

Pursuant to the Federal Arbitration Act, 9 U.S.C §§ 1-16 ("FAA"), Defendants, Radiation Shield Technologies, Inc. ("RST") and Ronald DeMeo ("DeMeo") (collectively, "Defendants"), file this Amended Motion to Compel Arbitration. For the reasons set forth in more detail in the Memorandum of Law being filed in support of this Motion, the Court should compel the Plaintiff to arbitrate all the claims set forth in the complaint as well as any fraud in the inducement defenses to arbitration pursuant to the arbitration agreement it willingly entered.

## CONCLUSION

Defendants respectfully request that the Court issue an order compelling Plaintiff to arbitrate all the claims set forth in the complaint as well as any fraud in the inducement defenses to arbitration pursuant to the arbitration agreement it willingly entered.

Dated: May 17, 2023

Respectfully submitted,

KOZYAK TROPIN & THROCKMORTON LLP
*Counsel for Defendants*
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134

                                Telephone: (305) 372-1800
                                Facsimile: (305) 372-3508

                          By:  /s/ *Javier A. Lopez*
                                Javier A. Lopez
                                Florida Bar No.: 16727
                                jal@kttlaw.com
                                Facundo M. Scialpi, Esq.
                                Florida Bar No.: 1030791
                                fscialpi@kttlaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on May 17, 2023, on all counsel or parties of record on the Service List below.

                        By:  /s/ *Javier A. Lopez*
                             Javier A. Lopez

## **SERVICE LIST**

Glenn M. Cunningham
Sarah Niemiroski
SHIP & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Tel: (860) 251-5000
Fax: (860) 251-5218
Email: gcunningham@goodwin.com
Email: sniemiroski@goodwin.com
*Attorneys for Plaintiff NATS, Inc.*