UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NO. 3:21-CV-00430-AWT

NATS, Inc.,

    *Plaintiff,*

v.

RADIATION SHIELD TECHNOLOGIES,
INC. DANIEL EDWARD, and RONALD
DEMEO,

    *Defendants.*

_____/

## MOTION FOR WITHDRAWAL
## OF KOZYAK TROPIN & THROCKMORTON, LLP

The undersigned counsel moves this Court for entry of an Order authorizing the withdrawal of Kozyak Tropin & Throckmorton, LLP as counsel for Defendants, Radiation Shield Technologies, Inc. and Ronald Demeo (collectively, the "Defendants"), and states as follows:

1. Javier A. Lopez of Kozyak Tropin & Throckmorton, LLP entered appearance for Defendants on October 27, 2022 [ECF No. 117]. Facundo Scialpi of Kozyak Tropin & Throckmorton, LLP entered an appearance for Defendants on November 29, 2022 [ECF No. 128]. Mr. Lopez and Mr. Scialpi also made an appearance on behalf of Defendant Daniel Edward. Earlier this year, Mr. Edward made a pro se appearance on his behalf [ECF No. 143].

2. Pursuant to District of Connecticut Local Rule 7(e), the undersigned requests that Kozyak Tropin and Throckmorton, LLP be allowed to withdraw as counsel for the Defendants in this matter, and that the Clerk be directed to remove all counsel from the electronic service list for pleadings in this action.

3. Good cause exists to grant this request because irreconcilable differences have arisen between the undersigned and the Defendants that do not permit the representation to continue.

4. Kozyak Tropin & Throckmorton, LLP has given the requisite notice of withdrawal pursuant to Local Rule 7(e).

**WHEREFORE**, the undersigned respectfully requests that this Court enter an Order granting this Motion, granting leave for withdrawal of Kozyak Tropin & Throckmorton, LLP as counsel for the Defendants in this matter, and directing the Clerk to remove Mr. Lopez and Mr. Scialpi's names from CM/ECF electronic service list for pleadings and other papers filed in this action.

### CERTIFICATE OF COMPLIANCE

Counsel for the Defendants has conferred with counsel for all interested parties and provided notice to Radiation Shield Technologies and Ronald DeMeo pursuant to Local Rule 7(e). Radiation Shield Technologies may be served hereafter at legal@radshield.com and Ronald Demeo may be served hereafter at rdemeo@radshield.com. Counsel for the Plaintiff has objected to Kozyak Tropin & Throckmorton, LLP's withdrawal from this matter.

Respectfully submitted,

KOZYAK TROPIN & THROCKMORTON LLP
*Attorneys for Defendants RADIATION SHIELD TECHNOLOGIES, INC. and RONALD DEMEO*
2525 Ponce de Leon Boulevard, 9th Floor.
Miami, Florida 33134
(305) 372-1800

By: */s/ Javier A. Lopez*
Javier A. Lopez
Fla. Bar No. 016727
Email: jal@kttlaw.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIF**Y that on November 2, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve it upon counsel for Plaintiffs.

By: */s/ Javier A. Lopez*
Javier A. Lopez, Esq.

2