**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

```
-------------------------------
NATS, Inc.,

        Plaintiff,              Civil No. 3:21CV430(AWT)

        v.

RADIATION SHIELD TECHNOLOGIES,
INC., et al.,

        Defendants.
-------------------------------
```

**ORDER**

On April 17, 2024, the court stayed this action pending arbitration. Rather than continue the case on the court's docket indefinitely, this case is hereby dismissed without prejudice to reopening on motion of any party.

The Clerk shall close this case.

It is so ordered.

Dated this 20th day of June 2024, at Hartford, Connecticut.

                                                /s/AWT
                                    Alvin W. Thompson
                          United States District Judge