**AMERICAN ARBITRATION ASSOCIATION**
**Commercial Arbitration Tribunal**

---

In the Matter of the Arbitration between

Re: Case Number: 01-25-0003-5710

NATS Incorporated — Claimant
-vs-
Radiation Shield Technologies Incorporated
and Ronald DeMeo — Respondents

---

**Termination Order of the Arbitrator**

I, THE UNDERSIGNED ARBITRATOR, designated in accordance with the parties' arbitration agreement dated December 2, 2019, hereby, Order as follows:

In accordance with Rule R-58 of the Commercial Arbitration Rules (Rules) of the American Arbitration Association (AAA) amended and effective September 1, 2022, the AAA shall require the parties to deposit sums for arbitrator compensation and administrative fees in advance of the hearings.

The parties were directed by Suspension Order of the Arbitrator dated July 14, 2026, to fully deposit such sums by August 13, 2026. On August 18, 2026, the Arbitrator extended the deadline for payment to September 14, 2026. The full deposits were not received by the date provided. The AAA advised the arbitrator that full deposits were not received by the date provided.

Therefore, in accordance with Rule R-59 of the Rules, this matter is Terminated by Order of the Arbitrator.

I, Lawrence Saichek, Esq, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Termination Order.

9/23/26
Date

Lawrence Saichek, Esq., Arbitrator

AMERICAN ARBITRATION ASSOCIATION

Northeast Case Management Center
Elizabeth Corsetti, JD
Assistant Vice President
1301 Atwood Avenue
Johnston, RI 02919
Telephone: (866)293-4053

September 24, 2026

Alan Harrison
Sandollar Law
6 West River Street
Unit 112
Milford, CT 06460
Via Email to: alan@sandollar-law.net

Geoffrey M. Cahen, Esq.
Cahen Law, P.A.
1900 Glades Road
Suite 270
Boca Raton, FL 33431
Via Email to: geoff@cahenlaw.com

Case Number: 01-25-0003-5710
NATS Incorporated
-vs-
Radiation Shield Technologies Incorporated and Ronald DeMeo

Dear Parties:

Please see the enclosed arbitrator's executed Termination Order.

Please note that the AAA WebFile® ECF Guidelines will not apply after closing of the case. Therefore, any additional submissions from the parties in this matter should be submitted via email to the AAA only, with copies sent to all other parties. Please direct all further communication to the AAA. The parties will have no further direct communication with the arbitrator.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents may be destroyed 18 months after the date of this letter.

Sincerely,

Amy Gomes

Amy Gomes
Senior Case Administrator
Direct Dial: (401)414-2830
Email: AmyGomes@adr.org

Enclosure

cc: Bianca Menashe
Syed R. Maswood
Lawrence A. Saichek, Esq.

AMERICAN ARBITRATION ASSOCIATION

Northeast Case Management Center
Elizabeth Corsetti, JD
Assistant Vice President
1301 Atwood Avenue
Johnston, RI 02919
Telephone: (866)293-4053

August 18, 2026

Alan Harrison, Esq.
Sandollar Law
6 West River Street
Unit 112
Milford, CT 06460
Via Email to: alan@sandollar-law.net

Geoffrey M. Cahen, Esq.
Cahen Law, P.A.
1900 Glades Road
Suite 270
Boca Raton, FL 33431
Via Email to: geoff@cahenlaw.com

Case Number: 01-25-0003-5710
NATS Incorporated
-vs-
Radiation Shield Technologies Incorporated and Ronald DeMeo

Dear Counsel:

This will confirm receipt of Respondent's request, dated August 10, 2026, for an extension of the payment deadline set forth in the Suspension Order dated July 14, 2026.

Arbitrator Saichek has granted an extension until **September 14, 2026**, for Respondent to remit full payment.

Sincerely,

Amy Gomes

Amy Gomes
Senior Case Administrator
Direct Dial: (401)414-2830
Email: AmyGomes@adr.org

cc: Bianca Menashe
Syed R. Maswood
Lawrence A. Saichek, Esq.

**AMERICAN ARBITRATION ASSOCIATION**
**Commercial Arbitration Tribunal**

In the Matter of the Arbitration between

Case Number: 01-25-0003-5710

NATS Incorporated
-vs-
Radiation Shield Technologies Incorporated
and Ronald DeMeo

## SUSPENSION ORDER OF ARBITRATOR

I, THE UNDERSIGNED ARBITRATOR, designated in accordance with the parties' arbitration agreement dated December 2, 2019, hereby Order as follows:

In accordance with Rule R-58 of the Commercial Arbitration Rules amended and effective September 1, 2022 (Rules), of the American Arbitration Association (AAA) shall require the parties to deposit sums for the arbitrator compensation and administrative fees in advance of the hearings.

Pursuant to the AAA's correspondence of June 1, 2026, the parties were directed to deposit such sums for arbitrator compensation in advance of the hearing. The deposits were not received by the deadline provided nor in accordance with follow-up correspondence requesting same.

Per the AAA's correspondence of June 23, 2026, the parties were directed to make payment by July 10, 2026, to avoid notifying the arbitrator of the outstanding balances. The deposits were not received by the deadline, and the arbitrator was so advised by the AAA.

Therefore, in accordance with Rule R-59 of the Rules, all administration in this matter is suspended until **full** deposits are received. Hearings scheduled for July 22-24, 2026 are hereby canceled.

Accordingly, the parties have until August 13, 2026 to comply with the deposit requirement, as directed and so ordered by the arbitrator.

In accordance with Commercial Arbitration Rule R-59, if payment is not received by the deadline set forth herein, this matter will be terminated for non-payment without further Notice.

7/14/26
Date

Lawrence A. Saichek, Arbitrator

American Arbitration Association

Northeast Case Management Center
Elizabeth Corsetti, JD
Assistant Vice President
1301 Atwood Avenue
Johnston, RI 02919
Telephone: (866)293-4053

July 14, 2026

Alan Harrison, Esq.
Sandollar Law
6 West River Street
Unit 112
Milford, CT 06460
Via Email to: alan@sandollar-law.net

Geoffrey M. Cahen, Esq.
Cahen Law, P.A.
1900 Glades Road
Suite 270
Boca Raton, FL 33431
Via Email to: geoff@cahenlaw.com

Case Number: 01-25-0003-5710
NATS Incorporated
-vs-
Radiation Shield Technologies Incorporated and Ronald DeMeo

Dear Counsel:

Please be advised the Arbitrator is suspending administration of this matter as the full deposits have not been paid pursuant to the Commercial Arbitration Rules. The parties have until **August 13, 2025** to resolve the non-payment of deposits.

Upon receipt, we will advise the Arbitrator that the parties have paid all necessary deposits. Upon determination by the Arbitrator to proceed, we will advise the parties accordingly.

In the event the full deposits have not been received by the above referenced due date, the Arbitrator will be advised and determine how to proceed, which may include termination of this matter.

Payments can be paid online using our Quick Pay option. A unique Pay PIN can be found on your invoice. To pay an invoice or statement, please visit , select "File or Access Your Case" and then choose "Quick Pay an Invoice."

If payment has been made and our records may be incorrect, please contact the undersigned as soon as possible.

Sincerely,

*Amy Gomes*

Amy Gomes
Senior Case Administrator
Direct Dial: (401)414-2830
Email: AmyGomes@adr.org
cc: Bianca Menashe
Syed R. Maswood
Lawrence A. Saichek, Esq.

**Syed R. Maswood**

---

| | |
|---|---|
| **From:** | AAA Amy Gomes <AmyGomes@adr.org> |
| **Sent:** | Tuesday, August 11, 2026 8:46 AM |
| **To:** | Geoffrey Cahen; alan@sandollar-law.net |
| **Cc:** | Bianca Menashe; Syed R. Maswood |
| **Subject:** | RE: NATS Incorporated v. Radiation Shield Technologies Incorporated - Case 01-25-0003-5710 |
| **Attachments:** | 2026-07-14 AAA Transmitting Suspension Order_41601214.pdf; 2026-07-14 Arbitrator Suspension Order_41601089.pdf |

Hello,

This will acknowledge receipt of Respondent's extension request. At this time, we ask Claimant to provide their comments by the **end of business today, August 11**. Once the comments are received, I will forward all communications to the arbitrator.

Mr. Maswood, please see the attached communications dated July 14, 2026, to which you were copied.

If you have any questions, please contact me.

Thank you,
Amy Gomes

**AAA Amy Gomes**
Senior Case Administrator

American Arbitration Association
1301 Atwood Ave, Suite 211N, Johnston, RI 02919
T: 401 414 2830E: AmyGomes@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
Explore 100 Years of AAA

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me imm
reply email and destroy all copies of the transmittal. Thank you.

**From:** Syed R. Maswood
**Sent:** Monday, August 10, 2026 3:57 PM
**To:** Geoffrey Cahen ; AAA Amy Gomes ; alan@sandollar-law.net
**Cc:** Bianca Menashe
**Subject:** RE: NATS Incorporated v. Radiation Shield Technologies Incorporated - Case 01-25-0003-5710

*** External E-Mail – Use Caution ***

Please send me a copy of your letter. The email below from AAA did not reach me. I am on the CC.

Thx

**Syed R. Maswood**

**From:** Geoffrey Cahen <geoff@cahenlaw.com>
**Sent:** Monday, August 10, 2026 3:46 PM
**To:** AmyGomes@adr.org; alan@sandollar-law.net
**Cc:** Bianca Menashe; Syed R. Maswood
**Subject:** RE: NATS Incorporated v. Radiation Shield Technologies Incorporated - Case 01-25-0003-5710

We request an extension through September 13 to make payment to AAA.

Geoffrey M. Cahen, Esq.
Cahen Law, P.A.
1900 Glades Road, Suite 270
Boca Raton, Florida 33431
(561) 922-0430
geoff@cahenlaw.com
https://nam04.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.cahenlaw.com%2F&data=05%7C02%7Csmaswood%40nats-usa.com%7C163c38943c494fae225f08def7180bbf%7Ccac992afa694494c821b2c7251960584%7C0%7C0%7C639219879819199603%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=M9WqDlMb06pP9S4aIX0PRwpN7NF2Su%2FhkURRgcm2jqw%3D&reserved=0

-----Original Message-----
From: AmyGomes@adr.org <AmyGomes@adr.org>
Sent: Tuesday, July 14, 2026 4:26 PM
To: Geoffrey Cahen <geoff@cahenlaw.com>; alan@sandollar-law.net
Cc: Bianca Menashe <paralegal@cahenlaw.com>; smaswood@nats-usa.com
Subject: NATS Incorporated v. Radiation Shield Technologies Incorporated - Case 01-25-0003-5710

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.

"This is not an Invoice"

AMERICAN ARBITRATION ASSOCIATION INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

# *Financial History*

**History of transactions thru** 15-Jul-2026 **CASE#** 012500035710 **BALANCE** $0.00

**Name** Alan Harrison
6 West River Street
Unit 112
Milford
Connecticut 06460

NATS Incorporated

**Re:** NATS Incorporated v. Radiation Shield Technologies

**Administrative Fees**

| Bill Line # | Date | Description | Amount |
|---|---|---|---|
| 14805436 | 12 Jun 2026 | Additional Party Fee for Final Fee | $872.50 |
| 14522324 | 5 Dec 2025 | Final Fee | $8,725.00 |
| 14345203 | 4 Aug 2025 | Initial Administrative Fee | $7,925.00 |
| 14410315 | 16 Oct 2025 | Additional Party Fee for Filing Fee | $792.50 |
| 14805436 | 12 Jun 2026 | Cancellation: Additional Party Fee for Final Fee | -$872.50 |
| | | **Subtotal - Administrative Fees** | $17,442.50 |

**Neutral Compensations and Expenses**

| Bill Line # | Date | Description | Amount |
|---|---|---|---|
| 14805455 | 12 Jun 2026 | Your Share of the Arbitrator Compensation Deposit covering study and hearing time | $5,687.50 |
| 14522314 | 5 Dec 2025 | Your Share of the Neutral Compensation Deposit Preliminary Matters/Motion Hearing & Order/Discovery | $1,300.00 |
| 14522319 | 5 Dec 2025 | Your Share of the Neutral Compensation Deposit covering Hearing/Post Hearing Time | $5,525.00 |
| 14438285 | 17 Nov 2025 | Your Share of the Remaining Compensation Deposit covering Edwards | $433.33 |
| 14437584 | 14 Nov 2025 | Your Share of the Remaining Initial Arbitrator Compensation Deposit | $433.33 |
| 14408208 | 14 Oct 2025 | Your Share of Initial Arbitrator Compensation Deposit | $866.67 |
| | | **Subtotal - Neutral Compensations and Expenses** | $14,245.83 |
| | | **Net Total of All Charges** | $31,688.33 |

**Payments**

| Bill Line # | Date | Description | Amount |
|---|---|---|---|
| 229980 | 24 Jun 2026 | Received From :Syed R Maswood | $5,687.50 |
| 156108 | 14 Nov 2025 | Received From :Syed R Maswood | $433.33 |
| 156570 | 17 Nov 2025 | Received From :Syed R Maswood | $433.33 |
| 161954 | 8 Dec 2025 | Received From :Syed R Maswood | $8,725.00 |
| 118907 | 4 Aug 2025 | Received From :Syed R Maswood | $7,925.00 |
| 146156 | 15 Oct 2025 | Received From :JAZI ALMOKHLEF | $866.67 |
| 166241 | 23 Dec 2025 | Received From :SYED R MASWOOD | $1,300.00 |
| 216811 | 12 May 2026 | Received From :Syed R Maswood | $5,525.00 |
| 146417 | 16 Oct 2025 | Received From :Jazi Moad Almokhlef | $792.50 |
| | | **Subtotal - Payments** | $31,688.33 |

"This is not an Invoice"

AMERICAN ARBITRATION ASSOCIATION INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

**Refunds**

| Bill Line # | Date | Description | Amount |
|---|---|---|---|
| | | **Subtotal - Refunds** | |
| | | **Net Total of All Charges** | $31,688.33 |
| | | **CASE BALANCE** | $0.00 |